Hallett per Bill for a servant he sould the said Mansfeild with Due Damages according to Attachm$^t$ Dated the twelveth Day of the sixth Month 1671 . . . the Jurie . . . [4] found for the plantiff seauenteene pounds Damage according to bill & Costs of Court twenty eight shillings & two pence.

Execucion Issued 15th of 9$^{br}$ 1671

## NORDEN v. AUIS

Samuell Norden plantiff against William Auis Defend$^t$ in an Action of Debt of Eleuen pounds or thereabouts due by Booke & due Damages according to Attachm$^t$ Dated the 20th of October 1671 . . . the Jurie . . . found for the plantiff thirteene pounds eighteene shill & six pence Damage & Costs of Court twenty fowre Shillings & tenn pence.

## SMITH v. CARTWRIGHT

John Smith Sen$^r$ of Dorchester plantiff against Arthur Cartwright of s$^d$ Dorchester Defend$^t$ in an Action of the case for slandering his Sonn John Smith in sayeing hee broke into his howse & tooke away nine pounds & tenn shillings in money; & positiuely chargeing him to be the person that did it, & no other & this to the great reproach of the said John Smith & his freinds & heereby takeing away his good name both at home & abroad, with all due damages according to Attachm$^t$ Dated 18 7m$^o$ 1671 . . . the Jurie . . . found for the plantiff twenty pounds or an Acknowledgm$^t$ to the Courts Satisfaction & also the same acknowledgem$^t$ at Dorchester at a publique Towne Meeting & costs of Court forty one shillings & tenn pence.

## ATKINSON v. TRUMBLE

Theodore Atkinson senior plantiff against John Trumball defend$^t$ according to Attachm$^t$ Dated y$^e$ 26th of October 1671 y$^e$ pl$^t$ not appearing after due calling was nonsuited.

## WHITCOMB v. BURNAM

James Whitcomb plantiff against the Goods Debts or Estate of Thomas Burnam of Barbados Defend$^t$ according to Attachm$^t$ Dated the 25th of 8$^{br}$ 1671   The pl$^t$ not appearing was declared nonsuited.